■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLAN R. PEARSALL, Appellant. — Appeal by defendant, as limited by his brief, from a sentence of the County Court, Nassau County (Mogavero, J.), imposed June 26, 1981. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Gibbons, O'Connor and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL RIVERA, Appellant. — Appeal by defendant from an order of the Supreme Court, Kings County (Vetrano, J.), dated November 29, 1979, which denied his application to be resentenced pursuant to section 60.09 of the Penal Law. Appeal dismissed. No appeal lies from an order denying a motion for resentence pursuant to section 60.09 of the Penal Law (see *People v De Jesus,* 54 NY2d 447; *People v Stephens,* 55 NY2d 778). Damiani, J. P., Gibbons, O'Connor and Boyers, JJ., concur.